# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES D. LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE PIPELINE CONSTRUCTION, LLC[1], and JUAN SANCHEZ[2],<br><br>Defendants. | Case No. CIV-14-362-RAW |

## ORDER & OPINION

On February 12, 2016, this court granted the motion for summary judgment by Progressive Pipeline Construction, LLC. Docket No. 132. Plaintiff filed a notice of appeal on February 29, 2016. On March 2, 2016, the United States Court of Appeals for the Tenth Circuit issued an order directing Plaintiff to file with it "a copy of a district court order adjudicating his claims against Mr. Sanchez or, if appropriate, certifying its February 12, 2016 order as final pursuant to Fed. R. Civ. P. 54(b). Docket No. 148. Now before the court is Plaintiff's motion to dismiss Juan Sanchez filed on March 9, 2016. [Docket No. 150]. Plaintiff requests that the court dismiss Juan Sanchez, as he was misnamed and so that he may proceed with his appeal in the Tenth Circuit. The court hereby GRANTS the motion to dismiss Juan Sanchez. [Docket No. 150].

**IT IS SO ORDERED** this 15th day of March, 2016.

_____
**THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA**

---

[1] This Defendant was incorrectly named "Progressive Pipeline Company, LLC."
[2] The parties inform the court that Abel Vellereal was misnamed in this action as Juan Sanchez.