# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES D. LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE PIPELINE CONSTRUCTION, LLC[1], and JUAN SANCHEZ[2],<br><br>    Defendants. | Case No. CIV-14-362-RAW |

## ORDER & OPINION

On March 15, 2016, the court granted Plaintiff's motion to dismiss Juan Sanchez. On March 17, 2016, the United States Court for the Tenth Circuit entered an order noting that the dismissal of the claims against Mr. Sanchez was without prejudice and directing Plaintiff to file within 30 days a copy of a district court order dismissing the claims against Mr. Sanchez with prejudice or certifying its February 12, 2016 order as final.

Now before the court is Plaintiff's motion to amend the previous dismissal of the claims against Juan Sanchez to be with prejudice filed April 4, 2016 [Docket No. 157]. The motion is hereby GRANTED. The claims against Juan Sanchez are hereby dismissed with prejudice.

**IT IS SO ORDERED** this 5th day of April, 2016.

_____
**THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA**

---

[1] This Defendant was incorrectly named "Progressive Pipeline Company, LLC."
[2] The parties inform the court that Abel Vellereal was misnamed in this action as Juan Sanchez.